MIED (Rev. 05/08) Report on the Filing or Determination of an Action Regarding a Patent or Trademark

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jordan Acquisition Group, LLC d/b/a
American Auto-Matrix

                              Plaintiff(s),         Case No.

v.                                                   Judge

TSI, Incorporated                           Magistrate Judge

                              Defendant(s).
_____/

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, <u>Eastern District of Michigan</u>, on the following   [✓] Patents or   [ ] Trademarks

| # | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,764,579 | 06/09/98 | Jordan Acquisition Group, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date:  May 17, 2010

                                                        s/ Andrew M. Grove
                                                        P48868
                                                        Honigman Miller Schwartz and Cohn LLP
                                                        38500 Woodward Avenue
                                                        Suite 100
                                                        Bloomfield Hills, MI  48304-5048
                                                        248 566-8432
                                                        jgrove@honigman.com