UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDAN ACQUISITION GROUP, L.L.C.,
d/b/a American Auto-Matrix, a Michigan
limited liability company,

       Plaintiff,

v.

TSI INCORPORATED, a Minnesota
corporation,

       Defendant.
_____/

Case No. 10-11988

Honorable Patrick J. Duggan

## **ORDER**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on January 20, 2011.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                   U.S. DISTRICT COURT JUDGE

The Court has reviewed Defendant's motion to dismiss, or in the alternative, for a more definite statement, and considered the arguments of counsel at a hearing held on January 20, 2011.

For the reasons stated on the record,

**IT IS ORDERED** that Defendant's Motion to Dismiss is **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's Motion for a More Definite Statement is **GRANTED**. Plaintiff is directed to file a more definite statement of its

claims against Defendant, including the information specified at the hearing, within

**fourteen (14) days** of the date of this Order.

<u>s/PATRICK J. DUGGAN</u>
UNITED STATES DISTRICT JUDGE

Copies to:

Andrew M. Grove, Esq.
Emily Zelenock, Esq.
Robert C. Brandenburg, Esq.
Bruce Little, Esq.